UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LYNN SERLES,<br>    PLAINTIFF,<br><br>VS.<br><br>CHASE RECEIVABLES, INC. AND<br>TERRENCE PAFF,<br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)  CASE NO.   2 08CV 219<br>)<br>)<br>) |

## SUMMONS IN A CIVIL CASE

To:   TERRENCE PAFF
951 California Blvd.
Napa, CA 94559

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S COUNSEL:

Michael McIlree
Attorney at Law
821 E. Lincolnway, Ste. 1
Valparaiso, Indiana 46383
Telephone: (219) 548-1800

an Answer to the Complaint which is herewith served upon you, within twenty-three (23) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 5400 Federal Plaza, Hammond, IN 46320, within a reasonable period of time after service.

*Stephen R. Ludwig, Clerk*           8/4/08
_____    _____
Clerk                                        Date

AO 440 (Rev 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  October 14, 2008 .
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify, i.e. certified mail)*  DEFENDANT, TERRENCE PAFF, WAS SERVED VIA CERTIFIED MAIL ON 10-14-08 under article no. 7008-1830-0002-3123-3186 (A copy of the return receipt is attached.)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

Date:  10-22-08

_____
Server's signature

Michael P. McItree, Attorney
Printed name and title

821 E Lincolnway Ste. 1, Valparaiso IN 46383
Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) / C. Date of Delivery 10/14 |
| 1. Article Addressed to:<br><br>TERRENCE PAFF<br>1247 Broadway<br>Sonoma, CA 95476 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 1830 0002 3123 3186 |
| PS Form 3811, February 2004 | Domestic Return Receipt · 102595-02-M-1540 |