# UNITED STATES DISTRICT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

LYNN SERLES,                              )
                                          )
        PLAINTIFF,                )
                                          )
      VS.                           )
                                          )     CASE NO. 2:08CV219
CHASE RECEIVABLES, INC.,                  )
AND                                       )
TERRENCE PAFF,                            )
         DEFENDANTS.            )

## STATUS REPORT

Comes now Plaintiff, Lynn Serles, by Counsel Michael P. McIlree and files her status report in the above case, stating as follows:

1.      Counsel for Plaintiff has been in ongoing discussions with Defendant, Chase Receivables regarding resolution of the case.

2.      Counsel has received information from Chase Receivables on January 22, 2009.

3.      To date, settlement discussions have not been successful.

4.      As such, Counsel has requested that Chase Receivables have an attorney enter their appearance in the above case within the next 14 days.

5.      If Defendant does not retain counsel and fails to enter an appearance, it is Plaintiff's intention to file for Default Judgment.


1-30-09                    /s/ Michael P. McIlree


Michael P. McIlree

Attorney for Defendant
821 E. Lincolnway, Ste. 1
Valparaiso, IN 46383
(219) 548-1800
Mcilree1@aol.com