# UNITED STATES DISTRICT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| LYNN SERLES, )<br>)<br>PLAINTIFF, )<br>)<br>VS. )<br>) CASE NO. 2:08 CV 219<br>CHASE RECEIVABLES, INC., AND )<br>TERRENCE PAFF, )<br>DEFENDANTS. ) | |

**NOTICE OF DISMISSAL**

Comes now Plaintiff, by counsel, Michael P. McIlree, and file her notice of dismissal of the above cause of action pursuant to FRCP 41a(1)(i).


2-23-09            /s/ Michael P. McIlree



Michael P. McIlree
Atty. No. 19847-44
821 E. Lincolnway, Ste. 1
Valparaiso, IN 46383
(219) 548-1800
Mcilree1@aol.com
Attorney for Plaintiff